1  Sean E. Ponist (SBN 204712)
   sponist@ponistlaw.com
2  Georgia Z. Schneider (SBN 251358)
   gschneider@gmail.com
3  LAW OFFICES OF SEAN PONIST, P.C.
   12526 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   (858) 412-1211 (T)
5  (888) 350-5442 (F)

6  Attorneys for Defendants
   Viaguard Accu-Metrics, Viaguard Prenatal Paternity
7  Testing Division and Harten Resources, Inc.

8
                 **UNITED STATES DISTRICT COURT**
9
                 **NORTHERN DISTRICT OF CALIFORNIA**
10

11  Sarah Domenico,                              Case No. 4:16 cv-5321

12       Plaintiff,                              [formerly Alameda County Superior Court Case
                                                 No. RG16820823]
13  vs.
                                                 **DEFENDANTS' NOTICE OF REMOVAL;
14                                               POS; EXHIBITS (28 U.S.C. § 1441(B),**
    Viaguard Accu-Metrics, Viaguard Prenatal     **DIVERSITY)**
15  Paternity Testing Division, Harten Resources, Inc.,
    and DOES 1 to 10 INCLUSIVE.
16
         Defendants.
17

18
                            **NOTICE OF REMOVAL**
19
    **TO THE COURT, PARTIES AND COUNSEL OF RECORD:**
20
    **NOTICE IS HEREBY GIVEN THAT** defendants Viaguard Accu-Metrics, Viaguard Prenatal
21
    Paternity Testing Division and Harten Resources, Inc. (collectively, "Harten" or "Defendants") remove
22
    to this Court the state court action described below.
23
                                  **Background**
24
    1.      On June 23, 2016 an action was commenced in the Superior Court of the State of
25
    California in and for the County of Alameda, entitled *Sarah Domenico, Plaintiff v. Viaguard Accu-*
26
    *Metrics, Viaguard Prenatal Paternity Testing Division, and Harten Resources, Inc., and Does 1 to 10*
27
    *Inclusive*, with an Alameda County Superior Court Case Number RG16820823 (the "State Action"). A
28

1  copy of the complaint is attached hereto as Exhibit "A."

2      2.    The first date upon which Defendants received a copy of the said complaint was on or
3  about June 29, 2016 when Defendants were served with a copy of the said complaint and a summons
4  from the said state court. A copy of the summons is attached hereto as Exhibit "B" and a copy of the
5  proof of service of summons is attached hereto as Exhibit "C."  At the time of service, however, the
6  amount in controversy was not stated nor otherwise known by Defendants.

### Jurisdiction

    3.    This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by defendant(s) pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

Complete diversity of citizenship exists in that:

- Plaintiff Sarah Domenico was and is a "resident of Alameda County" (See Ex. A (Complaint), ¶1) and a citizen of the State of California and of the United States of America;
- Defendant Viaguard Accu-Metrics was and is "a corporation organized under the laws of the province of Ontario, Canada" (Complaint, ¶2) with its principal place of business in Ontario, Canada;
- Defendant Viaguard Prenatal Paternity Testing Division was and is "a corporation organized under the laws of the province of Ontario, Canada" (Complaint, ¶3) with its principal place of business in Ontario, Canada;
- Defendant Harten Resources, Inc. was and is "a corporation organized under the laws of the province of Ontario, Canada" (Complaint, ¶4) with its principal place of business in Ontario, Canada.

Accordingly, there is complete diversity of citizenship between Plaintiff and Defendants.

    4.    In this action, Plaintiff is seeking $1,300,000 in alleged damages, consisting of $300,000 in alleged pain, suffering, and inconvenience damages, $300,000 alleged in emotional distress damages, $20,000 alleged in medical expenses, $180,000 in alleged future medical expenses and $500,000 in

alleged punitive damages. Defendants were first apprised of the damages sought by Plaintiff in its Statement of Damages dated August 24, 2016 which was served by mail and received by Defendants shortly thereafter. A copy of the statement of damages is attached hereto as Exhibit "D."

**Venue/Intradistrict Assignment**

5. Pursuant to L.R. 3-5, venue and intradistrict assignment is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to Plaintiff's claims alleged occurred in the county served by this division. Additionally, the State Action removed was filed and was pending in the Alameda County Superior situated in Oakland, California.

**Status of State Action Proceedings**

6. Initial case management conference in the State Action had been scheduled for November 7, 2016. A copy of the Notice of case management conference and order, notice of assignment of judge for all purposes and proof of service regarding same is attached hereto as Exhibit "E."

7. There have been no substantive rulings or orders by the court in the State Action. Defendants had responded to the Plaintiff's complaint by way of a motion to strike. A copy of the notice of motion and motion to strike filed August 12, 2016 is attached hereto as Exhibit "F", the request for judicial notice in support thereof as Exhibit "G", and the proof of service re same as Exhibit "H". A copy of the amended notice of motion to strike filed August 26, 2016 and proof of service re same is attached hereto as Exhibit "I". Plaintiff has not yet filed an opposition to said motion, Defendants have not yet filed any reply papers in support of said motion, no hearing has yet taken place on said motion and the state court has not ruled on said motion.

8. The Exhibits referenced above and attached hereto are all the all process, pleadings, and orders served upon such defendant or defendants in such action as well as other papers filed and/or served in the State Action of which Defendants are aware.

Dated: September 16, 2016

LAW OFFICES OF SEAN PONIST, P.C.
By: /s/ Sean Ponist
    Sean E. Ponist

Attorneys for Defendants
Viaguard Accu-Metrics, Viaguard Prenatal Paternity Testing Division and Harten Resources, Inc.

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. My office address is 12526 High Bluff Drive, Suite 300, San Diego, California 92130. I hereby certify that a true and correct copy of the foregoing and exhibits thereto was served on September 16, 2016, via U.S. Mail, with a courtesy copy via electronic mail, upon counsel of record in this action:

> John Robert Unruh
> Unruh Law, P.C.
> 100 Pine Street, Suite 1250
> San Francisco, CA 94111
> john@jru-law.com

I declare (or certify) under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2016                    LAW OFFICES OF SEAN PONIST, P.C.

                                             By:   /s/ Sean Ponist
                                                   Sean E. Ponist

*Attorneys for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky*