Sean E. Ponist (SBN 204712)
sponist@ponistlaw.com
Georgia Z. Schneider (SBN 251358)
gschneider@gmail.com
LAW OFFICES OF SEAN PONIST, P.C.
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 412-1211 (T)
(888) 350-5442 (F)

Attorneys for Defendants
Viaguard Accu-Metrics, Viaguard Prenatal
Paternity Testing Division and Harten Resources, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sarah Domenico, | Case No. 4:16 cv-5321 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; POS** |
| Viaguard Accu-Metrics, Viaguard Prenatal Paternity Testing Division, Harten Resources, Inc., and DOES 1 to 10 INCLUSIVE. | |
| Defendants. | |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, |
| 2 | associations of persons, firms, partnerships, corporations (including parent corporations) or other |
| 3 | entities (i) have a financial interest in the subject matter in controversy or in a party to the |
| 4 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be |
| 5 | substantially affected by the outcome of this proceeding: |

| | | |
|---|---|---|
| Sarah Domenico | | Plaintiff |
| Viaguard Accu-Metrics | | Defendant |
| Harten Resources, Inc. | | Defendant |

Dated:  September 16, 2016

**LAW OFFICES OF SEAN PONIST, P.C.**

By:   /s/ Sean E. Ponist
        Sean E. Ponist

*Attorneys for Defendants*
*Viaguard Accu-Metrics, Viaguard Prenatal*
*Paternity Testing Division and Harten*
*Resources, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on September 16, 2016, via U.S. Mail, with a courtesy copy via electronic mail, upon counsel of record in this action:

John Robert Unruh
Unruh Law, P.C.
100 Pine Street, Suite 1250
San Francisco, CA 94111
john@jru-law.com

Dated: September 16, 2016         LAW OFFICES OF SEAN PONIST, P.C.

                                  By:   /s/ Sean Ponist
                                        Sean E. Ponist

                                  *Attorneys for Defendants Nationwide Biweekly Administration, Inc., Loan Payment Administration LLC, and Daniel S. Lipsky*
-2-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS