UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH DOMENICO,

    Plaintiff,

  v.

HARTEN RESOURCES, INC., et al.,

    Defendants.

Case No. 16-cv-05321-JSW

**ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE**

This matter was scheduled for a case management conference on January 27, 2017. The Order setting that case management conference stated that "The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 8 at 1:21-23.)

John Unruh, Esq. is counsel of record for Plaintiff, and he did not appear at the case management conference and, instead, Erin Smart, Esq. specially appeared for Plaintiff. Accordingly, Mr. Unruh is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 for his failure to appear and failing to comply with the Order scheduling the case management conference.

Mr. Unruh's response to this Order to Show Cause shall be due by February 6, 2017.

**IT IS SO ORDERED.**

Dated: January 30, 2017

_____
JEFFREY S. WHITE
United States District Judge