| | |
|---|---|
| 1 | JOHN ROBERT UNRUH (SBN 254662) |
| | john@jru-law.com |
| 2 | **UNRUH LAW, P.C.** |
| | 100 Pine Street, Suite 1250 |
| 3 | San Francisco, CA 94111 |
| | Tel:  415-335-6417 |
| 4 | Fax: 415-360-5917 |

Attorney for Plaintiff
Sarah Domenico

SEAN E. PONIST (SBN 204712)
sponist@ponistlaw.com
GEORGIA Z. SCHNEIDER (SBN 251358)
gschneider@ponistlaw.com
**PONIST LAW GROUP, P.C.**
12626 High Bluff Drive, Suite 440
San Diego, CA  92130
Telephone:  (858) 412-1211
Fax:  (888) 350-5442

Attorneys for Defendants
Viaguard Accu-Metrics, Viaguard
Prenatal Paternity Testing Division and
Harten Resources, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| SARAH DOMENICO, | Case No. 4:16-cv-05321-JSW |
| Plaintiff, | ORDER REGARDING **NOTICE OF MEET AND CONFER OF COUNSEL RE FRCP 12(b)(6) MOTION AND OF SETTLEMENT OF ACTION** AND TERMINATING MOTION TO DISMISS (Dkt. No. 30). |
| vs. | |
| HARTEN RESOURCES, INC., VIAGUARD PRENATAL TESTING DIVISION, and VIAGUARD ACCU-METRICS. | Re: Dkt. No. 34 |
| Defendants. | |

1

Pursuant to the Court's Order Vacating Hearing And Directing Parties to Meet and Confer on Defendants' Motion to Dismiss (Dkt. No. 34), the parties hereby certify that on April 12, 2017 they met and conferred on the isses relating to Defendants' Motion to Dismiss Pursuant To FRCP 12(b)(6) (Dkt. No. 30). Subsequently, on April 14, 2017 in a Case Settlement Conference before Magistrate Judge Jacqueline S. Corley the parties reached a global settlement on all outstanding issues in this case (Dkt. No. 35). Accordingly, Defendants' Motion to Dismiss Pursuant To FRCP 12(b)(6) (Dkt. No. 30) can be taken off calendar and no further briefing or hearing is necessary.

Date: April 17, 2017                              UNRUH LAW, P.C.

                                                  /s/ John Robert Unruh
                                                  JOHN ROBERT UNRUH
                                                  Attorney for Plaintiff Sarah Domenico

Date: April 17, 2017                              PONIST LAW GROUP, P.C.

                                                  /s/ Sean E. Ponist
                                                  SEAN E. PONIST
                                                  Attorneys for Defendants Viaguard
                                                  Accu-Metrics, Viaguard Prenatal
                                                  Testing Division and Harten
                                                  Resources, Inc.

*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

Pursuant to this notice, the Court TERMINATES the motion to dismiss.
April 19, 2017

*IT IS SO ORDERED*
*Judge Jeffrey S. White*

NOTICE OF MEET AND CONFER AND SETTLEMENT
Case No. 4:16-cv-05321-JSW