JOHN ROBERT UNRUH (SBN 254662)
john@jru-law.com
**UNRUH LAW, P.C.**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: 415-335-6417
Fax: 415-360-5917

Attorney for Plaintiff
Sarah Domenico

SEAN E. PONIST (SBN 204712)
sponist@ponistlaw.com
GEORGIA Z. SCHNEIDER (SBN 251358)
gschneider@ponistlaw.com
**PONIST LAW GROUP, P.C.**
12626 High Bluff Drive, Suite 440
San Diego, CA  92130
Telephone:  (858) 412-1211
Fax:  (888) 350-5442

Attorneys for Defendants
Viaguard Accu-Metrics, Viaguard
Prenatal Paternity Testing Division and
Harten Resources, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| SARAH DOMENICO,<br><br>            Plaintiff,<br><br>     vs.<br><br>HARTEN RESOURCES, INC., VIAGUARD PRENATAL TESTING DIVISION, and VIAGUARD ACCU-METRICS.<br><br>            Defendants. | Case No. 4:16-cv-05321-JSW<br><br>**JOINT STATUS REPORT**<br><br>Re: Dkt. No. 38 |

1

Pursuant to the Court's Order Requiring Status Report Re Settlement (Dkt. No. 38), the parties hereby submit this Joint Status Report to update the court on the settlement process. Pursuant to the Settlement Agreement and Mutual General Release entered into by the parties on April 14, 2017, Defendants timely sent Plaintiff a settlement check on or around May 9, 2017. Upon depositing said check into Plaintiff's counsel's client trust account, the receiving bank informed Plaintiff's counsel there would be a hold placed on the check for up to thirty (30) days because the check was issued by a Canadian bank. Once the check clears Plaintiff's counsel will immediately file a request to dismiss the case. Should the check not clear, the parties will update the Court accordingly.

Date: May 23, 2017                                    UNRUH LAW, P.C.


                                                      /s/ John Robert Unruh
                                                      JOHN ROBERT UNRUH
                                                      Attorney for Plaintiff Sarah Domenico


Date: May 23, 2017                                    PONIST LAW GROUP, P.C.

                                                      /s/ Sean E. Ponist
                                                      SEAN E. PONIST
                                                      Attorneys for Defendants Viaguard
                                                      Accu-Metrics, Viaguard Prenatal
                                                      Testing Division and Harten
                                                      Resources, Inc.


*Filer's Attestation: Pursuant to Local Rule 5-1(i)(3), the filer hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*