JOHN ROBERT UNRUH (SBN 254662)
john@jru-law.com
**UNRUH LAW, P.C.**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel:   415-335-6417

Attorney for Plaintiff Sarah Domenico

SEAN E. PONIST (SBN 204712)
sponist@ponistlaw.com
GEORGIA Z. SCHNEIDER (SBN 251358)
gschneider@ponistlaw.com
**PONIST LAW GROUP PC**
12626 High Bluff Drive, Suite 440
San Diego, CA  92130
Telephone:  (858) 412-1211
Fax:  (888) 350-5442

Attorneys for Defendants
Viaguard Accu-Metrics, Viaguard Prenatal
Paternity Testing Division and Harten
Resources, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| SARAH DOMENICO,<br><br>         Plaintiff,<br><br>vs.<br><br>HARTEN RESOURCES, INC., VIAGUARD PRENATAL TESTING DIVISION, and VIAGUARD ACCU-METRICS.<br><br>         Defendants. | Case No. 4:16-cv-05321-JSW<br><br>Honorable Jeffrey S. White<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

- 1 –

IT IS HEREBY STIPULATED, by and between Plaintiff SARAH DOMENICO and Defendants HARTEN RESOURCES, INC., VIAGUARD PRENATAL TESTING DIVISION, and VIAGUARD ACCU-METRICS, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to the settlement agreement reached between the parties and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Date:   June 12, 2017                                           UNRUH LAW, P.C.

/s/ John Robert Unruh
John Robert Unruh
Attorney for Plaintiff

Date:   June 12, 2017

PONIST LAW GROUP, P.C.

/s/ Sean Ponist
Sean Ponist
Attorney for Defendants

### ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regard the filing of this document from the signatories to this document.